CLERK'S OFFICE U.S. DIST COURT
AT LYNCHBURG, VA
FILED
NOV 1 4 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ARNOLD M. PUGH, | CIVIL NO. 6:08cv00001 |
| *Plaintiff,* | |
| v. | ORDER |
| MICHAEL DEAN ABBOTT, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

In accordance with the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment (docket no. 19) is hereby GRANTED.

Accordingly, the Court hereby TERMINATES this case and ORDERS it stricken from the Court's active docket.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: This 14th Day of November, 2008

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE